| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DEVON SEAN STRONG, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:19-CV-3
§
HILLARY R. MATTHEWS, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Devon Sean Strong, proceeding *pro se*, filed the above-styled civil rights lawsuit against Hillary R. Matthews, Mohamed L. Touhami, Patrick D. Coleman, Adrian Rollins and Katrina M. Cheatham. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for default judgment be denied.

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the Report and Recommendation.

    The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court if of the opinion the objections are without merit. The magistrate judge correctly concluded that the answers filed by the defendants responded adequately to plaintiff's claims.[1]

### ORDER

    Accordingly, the objections filed by plaintiff in this matter (#85) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#80) are

---

[1] Plaintiff notes he has not consented to appearing before the magistrate judge and has filed a motion asking that the reference to the magistrate judge be withdrawn. The court has entered an Order (#76) denying plaintiff's motion.

correct, and the report of the magistrate judge is **ADOPTED**. The motion for default judgement (#58) is **DENIED**.

SIGNED at Beaumont, Texas, this 10th day of September, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE